LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ.   (SBN 113755)
BARRY SULLIVAN, ESQ.        (SBN 136571)
RICHARD A. LOVICH, ESQ.     (SBN 113472)
HAERA MANOUKIAN, ESQ.       (SBN 309866)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
MARSHALL MEDICAL CENTER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiffs<br><br>vs.<br><br>HCC LIFE INSURANCE COMPANY, an Indiana corporation and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 2:18-cv-00415-MCE-KJN<br><br>1. **NOTICE OF NON-SETTLEMENT BETWEEN THE PARTIES**<br><br>2. **ORDER** |

[Type here]   [Type here]   [Type here]

TO THE HONORABLE COURT:

PLAINTIFF MARSHALL MEDICAL CENTER, a California non-profit public benefit corporation ("Plaintiff") hereby notifies the Court that the parties to the above-referenced action have been engaging in discussions to finalize a settlement agreement, but have not yet reached an agreement regarding its terms. Good Cause exists for granting a two week extension for the parties to engage in further discussions for the following reasons:

1. On July 11, 2018, DEFENDANT HCC LIFE INSURANCE COMPANY, an Indiana corporation ("Defendant") filed a Joint Notice of Conditional Settlement notifying this Court that the parties have agreed to a settlement of this action. At that time, the parties jointly requested that all pending dates in this matter be taken off calendar and that the parties would submit a stipulation of dismissal of this entire action with prejudice within forty-five (45) days of the date of the notice.

2. Since filing the Joint Notice of Conditional Settlement, the parties have been engaged in extensive discussions to finalize the settlement agreement and Plaintiff has acted in good faith during this process.

3. On August 23, 2018 at 11:08a.m., observing that the parties were still in disagreement regarding certain material agreement terms and that a stipulation for a further extension to allow for more discussion time was reasonable, Plaintiff's counsel emailed Defense counsel requesting to enter into a stipulation for a further extension. Defense counsel preferred continuing to engage in settlement discussions. Plaintiff's counsel responded by engaging in further settlement discussions. That same day, after having additional discussions, the parties had made some progress, but were still unable to achieve complete agreement on all material terms.

4. On August 23, 2018 at 9:16p.m., because no final agreement was reached, Plaintiff's counsel emailed Defense counsel asking once again if he would be amenable to enter into a stipulation requesting this Court to allow for additional time to engage in settlement negotiations and finalize the terms of their agreement.

5. On August 24, 2018, the parties continued to engage in settlement discussions, but were still unable to reach complete agreement on all material terms.

6. To date, Defense counsel has not informed Plaintiff's counsel as to whether he is agreeable to enter into a stipulation.

7. To date, the parties have not yet reached a mutually agreed upon final settlement agreement.

8. For these reasons, Plaintiff is filing this Notice of Non-Settlement Between The Parties respectfully asking this Court to grant more time so that the parties are able to engage in settlement negotiations.

9. Plaintiff respectfully requests that the Court grant a two-week extension of time to September 7, 2018 to allow the parties to finalize the terms of their settlement agreement.

///
///
///
///
///
///

10. Plaintiff further respectfully requests that if no such settlement is reached at the conclusion of the two week period, the Court put back on calendar all relevant Court dates as set forth in the Scheduling Order applicable to this case so the case may proceed accordingly.

Dated: 5 September 2018

STEPHENSON, ACQUISTO & COLMAN

/s/ Haera Manoukian
HAERA MANOUKIAN
Attorneys for
MARSHALL MEDICAL CENTER

# ORDER

Pursuant to the above unopposed Notice and request for extension of time, and for good cause appearing, IT IS HEREBY ORDERED that:

1. An extension of time for Plaintiff to file a Stipulation for Dismissal has been granted. The new submission date is **September 7, 2018**.
2. Alternatively, Plaintiff is ordered to file a Status Report on or before **September 7, 2018**, informing the Court that no settlement agreement has been reached. At that time, all dates set forth in the Scheduling Order will control.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE