LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ.  (SBN 113755)
BARRY SULLIVAN, ESQ.        (SBN 136571)
RICHARD A. LOVICH, ESQ.     (SBN 113472)
HAERA MANOUKIAN, ESQ.       (SBN 309866)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
MARSHALL MEDICAL CENTER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HCC LIFE INSURANCE COMPANY, an Indiana corporation and DOES 1 THROUGH 25, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00415-MCE-KJN<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

///
///
///
///
///
///
///

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff MARSHALL MEDICAL CENTER, and Defendant HCC LIFE INSURANCE COMPANY, through their respective attorneys of record herein, that the above-captioned action be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees incurred in the action.

DATED: September 7, 2018

STEPHENSON, ACQUISTO & COLMAN, INC.

/s/ Haera Manoukian
HAERA MANOUKIAN
Attorneys for
MARSHALL MEDICAL CENTER

DATED: September 7, 2018

HINSHAW & CULBERTSON LLP

/s/ Dennis G. Rolstad
DENNIS G. ROLSTAD
Attorneys for
HCC LIFE INSURANCE COMPANY

**ORDER**

Pursuant to a stipulation of the parties, IT IS HEREBY ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed in its entirety with prejudice, with each party to bear its own costs, attorney fees and expenses.

2. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE